IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELA ROSS, <br> PLAINTIFF, | § § § | |
| vs. | § § | CIVIL NO. 4:12-CV-283-Y-BJ <br> Referred to Magistrate Judge Cureton |
| MICHAEL J. ASTRUE, <br> COMMISSIONER OF SOCIAL SECURITY, <br> DEFENDANT. | § § § § | |

## NOTICE OF OPTION TO CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE

This case has been referred to the U.S. Magistrate Judge Jeffrey L. Cureton for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

The parties may consent to have all further proceeding in this case conducted by Judge Cureton. *See* 28 U.S.C. § 636(c). Consent to the authority of the magistrate judge is voluntary. Any party is free to withhold consent without adverse substantive consequences. However, a magistrate judge may often be in the best position to provide a speedy, just, and inexpensive adjudication of a civil case while still preserving the right of direct appeal to the court of appeals. If all parties consent to the authority of the magistrate judge, the case will be reassigned to Judge Cureton to conduct all further proceedings, including entry of a final judgment, in accordance with 28 U.S.C. § 636(c).

If all parties do not consent, Judge Cureton will make findings and recommendations to the Honorable Terry R. Means, United States District Judge, pursuant to 28 U.S.C. 636(b). The parties will retain the right to seek review of the magistrate judge's findings and recommendations in the manner provided by 28 U.S.C. 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.

A consent form is attached for your convenience. If both of the parties agree to consent, please complete this form and electronically file it with the district clerk within 20 days from the date of this notice. If the consent form is not filed within 20 days, then the Court will proceed as set forth in the preceding paragraph.

SIGNED: _____July 23_____, 2012.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANGELA ROSS,<br>     PLAINTIFF,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>     DEFENDANT. | §<br>§<br>§<br>§   CIVIL NO. 4:12-CV-283-Y-BJ<br>§   Referred to Magistrate Judge Cureton<br>§<br>§<br>§<br>§ |

## CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned counsel hereby voluntarily consent to have United States Magistrate Judge Jeffrey L. Cureton conduct all further proceedings in this cause, including the entry of a final judgment.

**COUNSEL FOR PLAINTIFF:**

_____
Electronic Signature

DATE: _____

**COUNSEL FOR DEFENDANT:**

_____
Electronic Signature

DATE: _____