```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

ANGELA ROSS                    §
                               §
VS.                            §    ACTION NO. 4:12-CV-283-Y
                               §
CAROLYN W. COLVIN, Acting      §
Commissioner of Social Security §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendations of the United States magistrate judge filed on August 19, 2013; and

3. Plaintiff's objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 3.

After *de novo* review, this Court concludes that the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's findings. This Court agrees that the Commissioner's decision is supported by substantial evidence, and that any error committed by the Commissioner was harmless. As a result, the findings, conclusions, and recommendation of the magistrate judge are hereby ADOPTED, and the decision of the Commissioner is AFFIRMED.

SIGNED September 27, 2013.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE